M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

# 291646

James D. Crandle
Full name and prison name of
Plaintiff(s)

2023 OCT 26   A 10: 40

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Warden J. Headley, Capt. Surles, Lt. Ms Smith, Mal Clerk Ms. Sage, Mrs. Thompson, C.O. Longmire et, al ADOC, medical Staff Dr. Boyd, Ms. T McCord, K. White et, al Ms. Green Nurse

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

2:23-CV-625-MHT-CSC

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) James D Crandle   AIS# 291646

Defendant(s) Warden Calloway, Dr. Blessing et, al

2. Court (if federal court, name the district; if state court, name the county)
IN the United States District Court For The middle District of Alabama Northern Division

3. Docket number 2:21-cv-627-WHA-JTA

4. Name of judge to whom case was assigned Jerusha T. Adams

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit 2021

7. Approximate date of disposition 2022

II. PLACE OF PRESENT CONFINEMENT Staton Correctional Facility 2690 Marion Spillway Rd Elmore, AL 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Kilby Correctional Facility, G.K Fountain Correctional Facility, Staton Correctional Facility.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

Mrs. Thompson ADOC et al

1. Ms. Sage (mail clerk) 2690 Marion Spillway Rd Elmore, AL 36025
2. Warden J. Headley 2690 Marion Spillway Rd Elmore, AL 36025
3. Capt. Mr. Surles 2690 Marion Spillway Rd Elmore, AL 36025
4. Lt. Ms. Smith, Lt. Mr. Pettway 2690 Marion Spillway Rd Elmore, AL 36025
5. Dr. Boyd, MS.T.McCord, Ms. Green Nurse, K. White NP 2690 Marion Spillway Rd Elmore, AL 36025
6. C.O. Longmire et al 2690 Marion Spillway Rd Elmore, AL 36025

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Aug 16, 2023 — Oct 20, 2023

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: medical staff claims to can't find my medical records, and denial to treat me for pain and suffing (stomach and back)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Since my arrival @ Staton Correctional Facility HCU on 09/22/23 X-rays was done on my stomach from the surgery I'd @ Jackson Hostipal Oct 09, 2021 Dr. Boyd Claimed "he didn't see where, or when I'd on 10-3-23 Surgery done, and place me on Hyoscyamine .125mg for pain until he research my files." which I've never got when I went to pill call.

GROUND TWO: 10/03/23 I've placed my second grievance in about my issues Ms. T Mccord and I both signature on 10/06/23 that I've a follow up on 10/09/23 with M.D. which all medical staffs refused me. SUPPORTING FACTS: K. White RN, Mrs. Green Nurse, Dr. Boyd, and Ms. T Mccord all signature on file that I come to Staton Correctional Facility for X-rays, and blood work (labs) be done on me for my stomach & back, but on 10/09/23 they'll been claiming they treated me but didn't and they made me leave in pain and suffering still without helping me.

GROUND THREE: 10-16-23 I've ask the mail clerk Ms. Sage, C.O longmire to weight my legal mail to my wife Estella Godsey in CALi. Ms. Sage cuss me out and refused to mail it out so I've ask C.O Longmire. SUPPORTING FACTS: on Oct 18, 23 @ 7:00pm I came into my Dorm A1-53B and noticed my legal mail package I sent out 10-16-23 with C.O Longmire was on my bed. @ 7:20pm Lt. Pettway was doing (count time) I'd asked Lt. Pettway "For the mail clerk name" he claime he didnt know it he work @ Draper. I asked C.O. Longmire on Oct 19, 2023 @ 4:00am in the Dinner Hall (breakfast chow) "Did he changed my zip code where my mail was oringal attend to go?" "He said" "No Sir the mail clerk Ms. Sage"

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I need a Counsel appointed, and I need ADOC to release my phone calls, mail, and veido/audio to all the cameras @ Staton since my my arrival going to HCU, DORM, Shift office, mail Clerk, and Diner Hall. I'll love my Civil suite case to be released to the Public and Supeana all names above. I demand 2 million. for it and Justice be done, and a Order of my PMOD Account 6 months since ADOC refused it asking for .50 a copy.

James. D. Crandle
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-20-2023
(Date)

James. D. Crandle
Signature of plaintiff(s)

James. D. Crandle #291646
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, AL 36025

MONTGOMERY AL Legal Mail
24 OCT 2023 PM 2 L



STATON

OFFICE of the CLERK
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801